UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master File No. 1:23-21060-CIV-WILLIAMS

| | | |
|---|---|---|
| In re INDEPENDENT LIVING SYSTEMS DATA BREACH LITIGATION | ) ) ) | <u>CLASS ACTION</u> |
| | ) | |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) ) ) ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED HIPAA QUALIFIED
PROTECTIVE ORDER**

The Parties hereby respectfully request that the Court enter the Stipulated HIPAA Qualified

Protective Order attached hereto as **<u>Exhibit A</u>**. The Stipulated HIPAA Qualified Protective Order

was jointly drafted by and agreed to by the Parties.

Dated:  June 24, 2024                    Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                         STUART A. DAVIDSON
                                         Florida Bar No. 84824


                                         *s/ Stuart A. Davidson*
                                         STUART A. DAVIDSON

                                         225 NE Mizner Boulevard, Suite 720
                                         Boca Raton, FL  33432
                                         Telephone:  561/750-3000
                                         561/750-3364 (fax)
                                         sdavidson@rgrdlaw.com

MORGAN & MORGAN
JOHN A. YANCHUNIS
Florida Bar No. 324681
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
jyanchunis@ForThePeople.com

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
ALEXANDRA M. HONEYCUTT#
800 S. Gay Street, Suite 1100
Knoxville, TN  37929
Telephone:  866/252-0878
ahoneycutt@milberg.com

*Plaintiffs' Co-Lead Counsel*

BILZIN SUMBERG
MICHAEL A. HANZMAN
Florida Bar No. 510637
1450 Brickell Avenue, 23rd Floor
Miami, FL  33131
Telephone:  305/350-2424
305/351-2253 (fax)
mhanzman@bilzin.com

*Plaintiffs' Liaison Counsel*

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM#
1211 Avenue of the Americas, 40th Floor
New York, NY  10036
Telephone:  917-438-9189
lnussbaum@nussbaumpc.com

LYNCH CARPENTER LLP
PAIGE T. NOAH#
1133 Penn Avenue, Floor 5
Pittsburgh, PA  15222
Telephone:  412/322-9243
412/231-0246 (fax)
paigen@lcllp.com

GEORGE FELDMAN McDONALD, PLLC
BRITTANY L. BROWN
Florida Bar No. 105071
9897 Lake Worth Road, Suite 302
Lake Worth, FL  33467
Telephone:  561/232-6002
BBrown@4-justice.com

HAUSFELD LLP
STEVEN M. NATHAN[#]
888 16th Street N.W., Suite 300
Washington, DC  20006
Telephone:  202/540-7200
202/540 7201 (fax)
snathan@hausfeld.com

*Members of Plaintiffs' Executive Committee*

ROBBINS GELLER RUDMAN
& DOWD LLP
ALEXANDER C. COHEN
Florida Bar No. 1002715
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
acohen@rgrdlaw.com

STUEVE SIEGEL HANSON LLP
JORDAN A. KANE#
460 Nichols Road
Kansas City, MO 64112
Telephone: 816/714-7100
kane@stuevesiegel.com

KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
STEVEN SUKERT
Florida Bar No. 1022912
1 West Las Olas Boulevard, 5th Floor
Fort Lauderdale, FL 33301
Telephone: 954/525-4100
954/525-4300 (fax)
sukert@kolawyers.com

LEVIN SEDRAN & BERMAN
NICHOLAS J. ELIA#
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: 877/882-1011
215/592-4663 (fax)
NElia@lfsblaw.com

ZIMMERMAN REED LLP
MICHAEL J. LAIRD#
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612/341-0400
michael.laird@zimmreed.com

AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
MAURY GOLDSTEIN
Florida Bar No. 1035936
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 844/794-7402
mgolstein@awkolaw.com

BRADLEY/GROMBACHER LLP
FERNANDO VALLE*
313 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: 805/270-7100
fvalle@bradleygrombacher.com

*Members of Plaintiffs' Leadership
Development Committee*

[#] *Pro hac vice* granted
* *Pro hac vice* forthcoming

- 4 -

*s/ Brian M. Ercole*
Brian M. Ercole
Florida Bar No. 102189
brian.ercole@morganlewis.com
Melissa M. Coates
Florida Bar No. 111420
melissa.coates@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, Florida 33131-3075
Telephone:  305.415.3000
Facsimile:  305.415.3001

Gregory T. Parks (*admitted pro hac vice*)
gregory.parks@morganlewis.com
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA  19103-3007
Telephone: 215.963.5000
Facsimile: 215.963.5001

*Counsel for Defendant Independent Living Systems, LLC*